# United States District Court
for the
Western District of Missouri

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

4302 EAST MISTY WOODS STREET
SPRINGFIELD, MISSOURI 65809

Case No. 18-SW-3075DPR

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Missouri_____
*(identify the person or describe the property to be searched and give its location)*:

4302 EAST MISTY WOODS STREET, SPRINGFIELD, MISSOURI, further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

YOU ARE COMMANDED to execute this warrant on or before _____October 18, 2018_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____the Honorable David P. Rush_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 10/3/18 at 8:47 a.m.

*Judge's signature*

City and state: Springfield, Missouri

David P. Rush, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 10/10/2018 0700 | Copy of warrant and inventory left with: COBY CULLINS |
| Inventory made in the presence of : TFO JOE FLETCHER | | |
| Inventory of the property taken and name of any person(s) seized: APPLE iPad A1475  S#* DMPMCKHBF4YS  APPLE iPhone A1549  IMEI# 359233069887234 | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/11/2018

_____
Executing officer's signature

J.D Holdman  SA
Printed name and title